United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LADY BENJAMIN CANNON,

           Plaintiff,

    v.

BENICIA MARINA CORPORATION, et al.,

           Defendants.

Case No.  23-cv-00204-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 6

On January 17, 2023, Plaintiff filed this civil action and application to proceed *in forma pauperis*.  On January 28, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis*, and Plaintiff was ordered to pay the filing fee via four installment payments equaling $402.00. (Dkt. No. 6.)  The payments were due on February 28, 2023, March 28, 2023, April 28, 2023, and May 29, 2023.  To date, Plaintiff has not made any of the payments.

Accordingly, the Court ORDERS Plaintiff to show cause, by **April 21, 2023**, why the case should not be dismissed for failure to pay the filing fee. Additionally, Plaintiff shall make all outstanding payments due.  Failure to respond to the order to show cause and pay the amounts due by the deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

Dated: April 7, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge