UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADY BENJAMIN CANNON,<br>Plaintiff,<br>v.<br>BENICIA MARINA CORPORATION, et al.,<br>Defendants. | Case No. 23-cv-00204-TLT<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING CASE**<br><br>Re: ECF No. 13 |

Pending before the Court is Magistrate Judge Kandis A. Westmore's Report and Recommendation ("Report") recommending dismissal of Plaintiff's complaint. ECF No. 13. Over fourteen days have passed since Plaintiff was served and Plaintiff has not filed an objection to the Report. *See* 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the Report and finds the analysis in the Report through and well-reasoned, and the Court **ADOPTS** it in every respect. Plaintiff failed to timely pay the filing fee and did not respond an Order to Show Cause. Accordingly, for the reasons stated in the Report, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

The Court advises Plaintiff that assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis and will not be able to represent parties in their cases. There is no charge for this service. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

//

//

United States District Court
Northern District of California

This Order terminates ECF No. 13.

**IT IS SO ORDERED.**

Dated: May 31, 2023

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California